United States District Court
Southern District of Texas
**ENTERED**
August 12, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JOSIPHINE BARERRA, *individually and as next friend of* A.C., *a minor* | § § § | |
| VS. | § | CIVIL ACTION NO. 5:25-cv-71 |
| YBM LOGISTICS S.A. DE C.V. *et al.* | § § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court referred a hearing to United States Magistrate Judge Christopher dos Santos to approve a proposed settlement for the minor, A.C. (Dkt. No. 32). The Court appointed Elisamar Soto as A.C.'s guardian *ad litem*, and she advised that the settlement is in the minor's best interests (Dkt. No. 41 at 4; Min. Ent. Aug. 11, 2026). Judge dos Santos likewise finds "the proposed settlement agreement is fair, reasonable, and is in the minor Plaintiff's best interests" (Dkt. No. 43 at 4). Judge dos Santos recommends the Court:

- Approve A.C.'s proposed settlement agreement;
- Discharge Ms. Soto from her duties as guardian *ad litem*; and
- Order $1,800.00 in compensation to Ms. Soto for "reasonable and necessary fees and expenses incurred by her, to be assessed as taxable costs of court against Defendants."

(Dkt. No. 43 at 4). At the close of the hearing, the parties orally waived their right to object to Judge dos Santos's recommendation (Dkt. No. 43 at 4; Min. Ent. Aug. 11, 2026). Therefore, the Court may immediately act on it. *See McBay v. Stone*, No. 5:25-CV-00112-JRG-JBB, 2026 WL 806861, at *1 n.1 (E.D. Tex. Jan. 13, 2026).

Pursuant to Federal Rule of Civil Procedure 72(b), the Court reviewed the Report and Recommendation for clear error. *CGI Logistics, LLC v. Fast Logistik*, No. 5:23-CV-43, 2023 WL 8313341, at *2 (S.D. Tex. Dec. 1, 2023) (Garcia Marmolejo, J.) (citing *United*

*States v. Soto*, 734 F. App'x 258, 259 (5th Cir. 2018)); *see also Cao v. BSI Fin. Servs., Inc.*, 858 F. App'x 156, 158 (5th Cir. 2021). Finding none, the Court hereby **ADOPTS IN WHOLE** Judge dos Santos's Report and Recommendation (Dkt. No. 43). Accordingly, the Court **APPROVES** the proposed settlement agreement (Dkt. No. 40-1). Ms. Soto is **DISCHARGED** of her duties as guardian *ad litem*. Defendants are **ORDERED** to compensate $1,800.00 Ms. Soto for her services.

Upon receiving A.C.'s settlement funds, the Clerk of Court is **DIRECTED** to deposit the funds into an interest-bearing account consistent with the District's General Order No. 2016-14. *See* S.D. Tex. Gen. Order 2016-14 (Dec. 5, 2016). A.C. may withdraw her funds once she: (1) reaches eighteen years of age; (2) files the appropriate motion with the Court; and (3) receives the appropriate Court order.

The parties are **ORDERED** to file closing documents in compliance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or 41(a)(2) no later than **September 11, 2026**. If the parties cannot finalize their closing documents by this date, they must file a motion for an extension at least three business days before the deadline. *See* J. Garcia Marmolejo Civ. Ct. P. 4(A) ("Motions for continuance must be filed at least THREE (3) business days prior to the date of the controlling deadline and will be granted only at the Court's discretion." (emphasis omitted)).

It is so **ORDERED**.

**SIGNED** August 12, 2026.

Marina Garcia Marmolejo
United States District Judge